UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN C. ST. JULIEN | * | CIVIL ACTION NO. 6:17-CV-1563 |
| VERSUS | * | JUDGE ROBERT R. SUMMERHAYS |
| LQT INDUSTRIES, LLC | * | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this suit be and hereby is dismissed in its entirety, with prejudice, with each party to bear their own court costs.

Lafayette, Louisiana this 23rd day of Lafayette, 2019.

_____
UNITED STATES DISTRICT JUDGE